Jeffrey GIBSON, Petitioner–Appellant,

v.

R.L. CANDELARIA; Attorney General of the State of California, Defendants–Appellees.

No. 01–56190.

D.C. No. CV–00–06821–CBM.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 5, 2002.

Decided Dec. 16, 2002.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Thompson's request for oral argument is denied.

Before D.W. NELSON and T.G. NELSON, Circuit Judges, and SCHWARZER,* Senior District Judge.

### ORDER**

The judgment is affirmed for the reason stated in the Report and Recommendation of the Magistrate Judge, filed March 13, 2001, and adopted by the District Court.

AFFIRMED.

* The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.